**Fill in this information to identify your case:**

Debtor: Irene Papoutsis Mulkerin
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse If filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number: 1:24-bk-02752
(If known)

FILED
**November 12, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Verizon Fios — Name<br>P.O. Box 15124 — Number Street<br>Albany   NY   12212 — City State ZIP Code | home internet |
| 2.2 | | |
| 2.3 | | |
| 2.4 | | |
| 2.5 | | |

Official Form 106G  Schedule G: Executory Contracts and Unexpired Leases  page 1 of ___

| Debtor 1 | Irene Papoutsis Mulkerin | Case number (if known) 1:24-bk-02752 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

☐ **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|
| 2.2 Name / Number Street / City State ZIP Code | |
| 2._ Name / Number Street / City State ZIP Code | |
| 2._ Name / Number Street / City State ZIP Code | |
| 2._ Name / Number Street / City State ZIP Code | |
| 2._ Name / Number Street / City State ZIP Code | |
| 2._ Name / Number Street / City State ZIP Code | |
| 2._ Name / Number Street / City State ZIP Code | |
| 2._ Name / Number Street / City State ZIP Code | |

[ Print ]  [ Save As... ]  [ Add Attachment ]  [ Reset ]