IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 7 |
|---|---|
| Irene Papoutsis Mulkerin, | |
| Debtor | Case No. 1:24-bk-02752-HWV |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND
REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) AND (b)

TO THE CLERK OF THE COURT:

Please be advised that Brent C. Diefenderfer, Esquire, of CGA Law Firm, 135 North George Street, York, Pennsylvania 17401, hereby enters his appearance as Counsel for Keith and Lisa Wolfe and requests copies of all Notices pursuant to Bankruptcy Rules 2002(a) and 2002(b).

Respectfully submitted,

CGA Law Firm

/s/Brent C. Diefenderfer, Esquire
Brent C. Diefenderfer, Esquire
Supreme Ct. I.D. No. 93685
Counsel for Debtor in Possession
135 North George Street
York, PA 17401
(717) 848-4900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 7 |
|---|---|
| Irene Papoutsis Mulkerin, | |
| Debtor | Case No. 1:24-bk-02752-HWV |

CERTIFICATE OF SERVICE

      I hereby certify that on November 26, 2024, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

Steven M. Carr, Chapter 7 Trustee

Notification sent by First Class U.S. Mail to:

Irene Papoutsis Mulkerin
1740 Adeline Drive
Mechanicsburg, PA 17050

/s/Brent C. Diefenderfer, Esquire
Brent C. Diefenderfer, Esquire
Supreme Ct. I.D. No. 93685
Counsel for Debtor in Possession
135 North George Street
York, PA 17401
(717) 848-4900

{02434546/1}