**Fill in this information to identify your case and this filing:**

Debtor 1: Irene Papoutsis Mulkerin
 First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 1:24-bk-02752-HWV

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   - ☐ No. Go to Part 2.
   - ☑ Yes. Where is the property?

**1.1.** 1740 Adeline Drive
Street address, if available, or other description

Mechanicsburg, PA 17050
City / State / ZIP Code

Cumberland
County

What is the property? Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $1,200,000.00
Current value of the portion you own? $1,200,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: Our Family Home

If you own or have more than one, list here:

**1.2.** 255 Church Rd **
Street address, if available, or other description

York, PA 17406
City / State / ZIP Code

York
County

What is the property? Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other ** Papoutsis Family LP

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $5,655,000.00
Current value of the portion you own? $5,655,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. Limited Partner

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: 36-000-LH-0008.-Q0-00000

3.3. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$_____                                $_____

3.4. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$_____                                $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☒ No
   ☐ Yes

4.1. Make: _____
     Model: _____
     Year: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$_____                                $_____

If you own or have more than one, list here:

4.2. Make: _____
     Model: _____
     Year: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$_____                                $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................................➔  $_____

Debtor 1　Irene　Papoutsis　Mulkerin　　　Case number (if known) 1:24-bk-02752-HWV
　　　　　First Name　Middle Name　Last Name

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes................................................................................................................................ Cash: .................. $ _____5.00_____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | PNC -- Checking | $ _____350.00_____ |
| 17.2. Checking account: | | $ _____ |
| 17.3. Savings account: | PNC -- Savings | $ _____495.00_____ |
| 17.4. Savings account: | | $ _____ |
| 17.5. Certificates of deposit: | | $ _____ |
| 17.6. Other financial account: | | $ _____ |
| 17.7. Other financial account: | | $ _____ |
| 17.8. Other financial account: | | $ _____ |
| 17.9. Other financial account: | | $ _____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes................. Institution or issuer name:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them.....................

| Name of entity: | % of ownership: | |
|---|---|---|
| Andrew V. Papoutsis Family Partnership | 32% % | $ 2,891,600.00 |
| | 0% % | $ _____ |
| | 0% % | $ _____ |

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

- ☑ No
- ☐ Yes .................. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

  _____  $_____
  _____  $_____
  _____  $_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

- ☐ No
- ☑ Yes. Give specific information about them.... | TT/Papoutsis Irrevocable Family Trust, date December 13, 2012. Beneficiary with interests as defined by the terms of the trust instrument | $ 7,793,280.00

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

- ☑ No
- ☐ Yes. Give specific information about them....  $_____

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

- ☑ No
- ☐ Yes. Give specific information about them....  $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...... | Federal, State and Local taxes from 2021-2023 have not been filed. | Federal: $_____ | State: $_____ | Local: $_____

**29. Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

- ☑ No
- ☐ Yes. Give specific information..............

  Alimony: $_____
  Maintenance: $_____
  Support: $_____
  Divorce settlement: $_____
  Property settlement: $_____

**30. Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

- ☑ No
- ☐ Yes. Give specific information..............  $_____

Debtor 1 Irene Papoutsis Mulkerin    Case number (if known) 1:24-bk-02752-HWV

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☑ No
☐ Yes. Describe.......

**41. Inventory**
☑ No
☐ Yes. Describe.......

**42. Interests in partnerships or joint ventures**
☑ No
☐ Yes. Describe....... Name of entity:                                      % of ownership:
                                                                            ___%  $___
                                                                            ___%  $___
                                                                            ___%  $___

**43. Customer lists, mailing lists, or other compilations**
☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes. Describe........                                                                                  $___

**44. Any business-related property you did not already list**
☑ No
☐ Yes. Give specific information .........
                                                                                                            $___
                                                                                                            $___
                                                                                                            $___
                                                                                                            $___
                                                                                                            $___
                                                                                                            $___

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ................................................................. →   $ **0.00**

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples*: Livestock, poultry, farm-raised fish
☐ No
☐ Yes.......                                                                                                $___

---

Official Form 106A/B                    Schedule A/B: Property                                      page 9

# Schedule A/B – Additional Property Listing

1. **Property Address:**
   9473 Lincoln Way West
   St. Thomas, PA 17252
   St. Thomas Township, Franklin County

   **Current value of the entire property:**
   $1,910,000

   **Current value of the portion you own:**
   $611,200

   **Nature of Ownership:**
   Investment property held by the Andrew V. Papoutsis Family Partnership

   **Ownership Interest:**
   At least one of the debtors and another have an interest in the property


2. **Property Address:**
   254 W. Main St.
   Waynesboro, PA 17268
   Franklin County

   **Current value of the entire property:**
   $250,000

   **Current value of the portion you own:**
   $80,000

   **Nature of Ownership:**
   Investment property held by the Andrew V. Papoutsis Family Partnership

   **Ownership Interest:**
   At least one of the debtors and another have an interest in the property

1