IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Irene Papoutsis Mulkerin

Debtor 1

Chapter: 7
Case No.: 1:24-bk-02752-HWV

## ORDER

Upon consideration of the Debtor's failure to file Schedule C and a Statement of Financial Affairs required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007, and a hearing having been held on December 17, 2024, for the reasons stated on the record, it is

**ORDERED** that the case of the above named Debtor is dismissed. The Trustee is discharged from further responsibility in this case. It is further

**ORDERED** that all pending actions in this case are dismissed.

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 17, 2024